Case 8:18-cv-01007-JGB-kk   Document 110   Filed 12/19/22   Page 1 of 2   Page ID #:2325

SHANNON LISS-RIORDAN (SBN 310719)
sliss@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:     (617) 994-5801

Attorneys for Plaintiff CARLOS RIVAS, in his capacity as Private Attorney General Representative,

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RIVAS, in his capacity as Private Attorney General Representative,<br><br>Plaintiff,<br><br>v.<br><br>COVERALL NORTH AMERICA, INC.,<br><br>Defendant. | CASE NO. 8:18-CV-01007-JGB-KK<br><br>[*Assigned to Hon. Jesus Bernal*]<br><br>**NOTICE OF APPEAL** |

NOTICE OF APPEAL

Plaintiff hereby gives notice that he appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order of November 28, 2022, granting Defendant's Renewed Motion to Compel Arbitration and dismissing the case (Dkt. 109).

Dated: December 19, 2022          Respectfully submitted,

                                  CARLOS RIVAS,
                                  By his attorneys,

                                  ____/s/ Shannon Liss-Riordan_____
                                  Shannon Liss-Riordan (SBN 310719)
                                  LICHTEN & LISS-RIORDAN, P.C.

## CERTIFICATE OF SERVICE

I, Shannon Liss-Riordan, hereby certify that a copy of this document was served on Defendant's counsel of record by the CM/ECF system on December 19, 2022.

                                  ____/s/ Shannon Liss-Riordan_____
                                      Shannon Liss-Riordan

NOTICE OF APPEAL